# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# Civil Division

| | |
|---|---|
| **TEDDY MENDOZA**<br>5906 Cove Landing Rd., #203<br>Burke, VA 22015<br><br>and<br><br>**THE ESTATE OF VALERIE HALE**<br>P.R. Alisha A. Robertson<br>8010 Boundary Drive<br>District Heights, MD 20747<br><br>                          **Plaintiffs,**<br><br>   vs.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**600 Fifth Street NW**<br>**Washington, D.C. 20001**<br><br>                          **Defendant.** | **Case No: 1:22-cv-1241** |

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Columbia:

1. On or about March 28, 2022, Plaintiffs filed a Complaint against Defendant Washington Metropolitan Area Transit Authority ("WMATA") in the Superior Court of the District of Columbia, in the case titled *Teddy Mendoza et al. v. WMATA*, Case No. 2022 CA 001366 B.

2. Defendant WMATA was served with the Summons and Complaint by email on April 22, 2022.

3. The Summons, Civil Information Sheet and Complaint filed by the Plaintiffs are attached as Exhibit A. These documents constitute the only process, pleadings, or orders received by WMATA in this case.

4. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.10, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, Defendant WMATA requests that this entire action, now pending in the Superior Court of the District of Columbia, be removed to this Court.

Date: May 4, 2022

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

By: */s/ J. Douglas Cuthbertson*
J. Douglas Cuthbertson # 479789
(202) 740-1845
JDCuthbertson@wmata.com

*/s/ Donna L. Gaffney*
Donna L. Gaffney # 428725
(202) 962-2721
dlgaffney@wmata.com

2

Office of the General Counsel 7E
P.O. Box 43900
Washington, D.C. 20026-4390
(202) 962-2550 (fax)

## CERTIFICATE OF SERVICE

I certify that on May 4, 2022, a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system:

Monique L. Lee, Esq.
Christopher Getty, Esq.
ChasenBoscolo Injury Lawyers
7852 Walker Drive, Suite 300
Greenbelt, MD 20770

*/s/ Donna L. Gaffney*
Donna L. Gaffney

3